754 A.2d 1251

COMMONWEALTH of Pennsylvania, Respondent,

v.

**Dondi MERRITT, Petitioner.**

Supreme Court of Pennsylvania.

June 30, 2000.

Steven C. Leach, Drexel Hill, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW,** this 30th day of June, 2000, the Petition for Allowance of Appeal is granted. The Order of the Superior Court is reversed and the Order of the Court of Common Pleas of Delaware County denying Post–Conviction relief is vacated. The matter is remanded to the court of common pleas for further proceedings. See *Commonwealth v. Lantzy,* 558 Pa. 214, 736 A.2d 564 (1999).

Jurisdiction relinquished.